FILED

IN THE UNITED STATES DISTRICT COURT 2012 FEB 15 P 1:18

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF    **CV 12  80 044 MISC**

**ORDER TO SHOW CAUSE RE SUSPENSION FROM MEMBERSHIP IN GOOD STANDING OF THE BAR OF THE COURT**

Anthony Joseph Kassas - #227647

_____/

TO: Anthony Joseph Kassas

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

Enrolled as an inactive member pursuant to Section 6007 of the Business and Professions Code and may not practice law while so enrolled effective December 24, 2011.

On or before **March 28, 2012** you are ordered to file a written declaration showing any cause why your membership in the bar of this Court should not be suspended until further order of this Court.

If you fail to respond to this Order on or before **March 28, 2012**, you will be suspended from membership without further notice. If you are suspended by this Court and you are restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Rule 11-7(b)(4) of the Civil Local Rules of this Court at that time. The Clerk shall close this file on or after **March 28, 2012**, absent further order of this Court.

Dated: **FEB 14 2012**

_____
JAMES WARE
United States District Chief Judge